1  Stephanie Padilla (SBN 321568)
   spadilla@aclusocal.org
2  Adrienna Wong (SBN 282026)
   awong@aclusocal.org
3  Jordan Wells (SBN 326491)
   jwells@aclusocal.org
4  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
5  1313 West 8th Street
   Los Angeles, CA 90017
6  Telephone: (213) 977-9500
   Facsimile: (213) 977-5297

7  *Attorneys for Plaintiff*

8

9

10  **UNITED STATES DISTRICT COURT FOR THE
    EASTERN DISTRICT OF CALIFORNIA**

11

12

| | |
|---|---|
| PABLO SIMENTAL, JR., an individual,<br><br>    *Plaintiff*,<br>v.<br><br>RUBEN OZUNA, in his individual capacity; MICHAEL STRAND, in his individual capacity; RAFAEL CHAVEZ, in his individual capacity; GUADALUPE CONTRERAS, in her individual capacity; and CITY of DELANO,<br><br>    *Defendants*. | CASE NO: 1:20-CV-00697-NONE-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE ANSWER**<br>**(Doc. 7)** |

Pursuant to Eastern District Local Rule 144(a), Plaintiff and Defendants, through their respective counsel, hereby stipulate to extend by 28 days the deadline for Defendants to respond to Plaintiff's Complaint in this case. The parties have not sought, nor obtained, a prior extension of time for Defendants to file an answer to Plaintiff's Complaint.

Good cause exists for the stipulated extension.  The parties are engaged in settlement negotiations and hope that the proposed extension of time provides sufficient time to reach a resolution in the matter.

The parties therefore request a 28-day extension of the deadline to file an answer from June 12, 2020 to July 10, 2020.

Pursuant to L.R. 131(e), I, Stephanie Padilla, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that the deadline for Defendants to file an answer to Plaintiff's Complaint shall be July 10, 2020.

Respectfully submitted,

DATED: June 10, 2020         By: s/Stephanie Padilla
                                  Stephanie Padilla,
                                  Attorney for Plaintiff


DATED: June 10, 2020         By: s/Bruce D. Praet
                                  Bruce D. Praet,
                                  Attorney for Defendants

**[PROPOSED] ORDER**

The parties' stipulation is approved, and the deadline for the parties to file a stipulation or the defendant to file a responsive pleading is July 10, 2020.

IT IS SO ORDERED.

Dated:   **June 11, 2020**                    **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE