1  Stephanie Padilla (SBN 321568)
   spadilla@aclusocal.org
2  Adrienna Wong (SBN 282026)
   awong@aclusocal.org
3  Jordan Wells (SBN 326491)
   jwells@aclusocal.org
4  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
5  1313 West 8th Street
   Los Angeles, CA 90017
6  Telephone: (213) 977-9500
   Facsimile: (213) 977-5297

7  *Attorneys for Plaintiff*

8

9

10          **UNITED STATES DISTRICT COURT FOR THE**
                  **EASTERN DISTRICT OF CALIFORNIA**
11

12

13  PABLO SIMENTAL, JR., an          CASE NO: 1:20-CV-00697-NONE-
    individual,                      JLT
14
                                     **STIPULATION AND [~~PROPOSED~~]**
15       *Plaintiff,*                **ORDER EXTENDING DEADLINE**
                                     **FOR DEFENDANTS TO FILE**
16  v.                               **ANSWER AND CONTINUING**
                                     **DEADLINES**
17  RUBEN OZUNA, in his individual   (Doc. 9)
    capacity; MICHAEL STRAND, in his
18  individual capacity; RAFAEL
    CHAVEZ, in his individual capacity;
19  GUADALUPE CONTRERAS, in her
    individual capacity; and CITY of
20  DELANO,
21
         *Defendants.*
22

23

24

25

26

27

28

Plaintiff and Defendants (collectively, the "Parties"), through their respective counsel, hereby enter the following joint stipulation:

1.  On June 9, 2020, the Parties entered a stipulation to extend by 28 days the deadline for Defendants to respond to Plaintiff's Complaint in this case. The Parties informed the Court that the Parties had begun settlement discussions. On June 11, 2020, the Court granted the Parties' stipulation, extending the deadline to file an answer from June 12, 2020 to July 10, 2020.

2.   The Parties remain engaged in settlement discussions, and have made progress towards resolution of this matter. In an effort to continue settlement negotiations, the Parties stipulate to extend by 60 days the deadline for Defendants to respond to the Plaintiff's Complaint in this case. The Parties therefore request a 60-day extension of the deadline to file an answer from July 10, 2020 to September 9, 2020.

3.  The Parties believe that a short continuance of 60 days for the Scheduling Conference and all other deadlines would facilitate their continuing efforts to reach a settlement. Therefore, the Parties stipulate to extend the Scheduling Conference and all deadlines in this case by 60 days.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that the deadline for Defendants to file an answer to Plaintiff's Complaint shall be September 9, 2020. The Parties further stipulate to extend the Scheduling Conference and all deadlines in this case by 60 days.

Pursuant to L.R. 131(e), I, Stephanie Padilla, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: July 9, 2020          By:  s/Stephanie Padilla
                                  Stephanie Padilla,
                                  Attorney for Plaintiff

1

DATED: July 9, 2020          By: _s/Bruce D. Praet_____
                                   Bruce D. Praet,
                                   Attorney for Defendants

## [~~PROPOSED~~] ORDER

Having reviewed the parties' joint stipulation and request, IT IS SO ORDERED that the deadline for Defendants to respond to the Plaintiff's Complaint is extended to September 9, 2020, and the Scheduling Conference and all deadlines are extended by 60 days.

DATED: July 9, 2020

_Jennifer L. Thurston_____
The Honorable Jennifer L. Thurston
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR DEFENDANT'S TO FILE ANSWER AND CONTINUING DEADLINES