1  Stephanie Padilla (SBN 321568)
   spadilla@aclusocal.org
2  Adrienna Wong (SBN 282026)
   awong@aclusocal.org
3  Jordan Wells (SBN 326491)
   jwells@aclusocal.org
4  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
5  1313 West 8th Street
   Los Angeles, CA 90017
6  Telephone: (213) 977-9500
   Facsimile: (213) 977-5297

7  *Attorneys for Plaintiff*

8

9

10              **UNITED STATES DISTRICT COURT FOR THE**
                  **EASTERN DISTRICT OF CALIFORNIA**
11

12

13  PABLO SIMENTAL, JR., an              CASE NO: 1:20-CV-00697-NONE-
    individual,                          JLT
14
                                         **STIPULATION AND [~~PROPOSED~~]**
15       *Plaintiff*,                    **ORDER EXTENDING DEADLINE**
                                         **FOR DEFENDANTS TO FILE**
16  v.                                   **ANSWER AND CONTINUING**
                                         **DEADLINES**
17  RUBEN OZUNA, in his individual       (Doc. 12)
    capacity; MICHAEL STRAND, in his
18  individual capacity; RAFAEL
    CHAVEZ, in his individual capacity;
19  GUADALUPE CONTRERAS, in her
20  individual capacity; and CITY of
    DELANO,
21
         *Defendants*.
22

23

24

25

26

27

28

1    Plaintiff and Defendants (collectively, the "Parties"), through their

2  respective counsel, hereby enter the following joint stipulation:

3    1.  On June 9, 2020, the Parties entered a stipulation to extend by 28 days

4  the deadline for Defendants to respond to Plaintiff's Complaint in this case. The

5  Parties informed the Court that the Parties had begun settlement discussions. On

6  June 11, 2020, the Court granted the Parties' stipulation, extending the deadline to

7  file an answer from June 12, 2020 to July 10, 2020.

8    2.  On July 9, 2020, the Parties entered a stipulation to extend by 60 days

9  the deadline for Defendants to respond to Plaintiff's Complaint in this case. The

10  Parties informed the Court that the Parties had made progress towards a resolution

11  of this matter and were engaged in ongoing settlement discussions. On July 10,

12  2020, the Court granted the Parties' stipulation, extending the deadline to file an

13  answer from July 10, 2020 to September 9, 2020.

14    3.  The Parties remain engaged in settlement discussions, and have made

15  progress towards resolution of this matter. To resolve outstanding settlement terms,

16  the Parties have agreed to mediation, which is slated for October 13, 2020. In an

17  effort to continue settlement negotiations, the Parties stipulate to extend by 60 days

18  the deadline for Defendants to respond to the Plaintiff's Complaint in this case.

19  The Parties therefore request a 60-day extension of the deadline to file an answer

20  from September 9, 2020 to November 10, 2020.

21    4.  The Parties believe that a short continuance of 60 days for the Scheduling

22  Conference and all other deadlines would facilitate their continuing efforts to reach

23  a settlement. Therefore, the Parties stipulate to extend the Scheduling Conference

24  and all deadlines in this case by 60 days.

25    THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,

26  that the deadline for Defendants to file an answer to Plaintiff's Complaint shall be

27  November 10, 2020. The Parties further stipulate to extend the Scheduling

28  Conference and all deadlines in this case by 60 days.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR DEFENDANT'S TO FILE ANSWER AND CONTINUING DEADLINES

1    Pursuant to L.R. 131(e), I, Stephanie Padilla, attest that all other signatories

2   listed, and on whose behalf the filing is submitted, concur in the filing's content

3   and have authorized the filing.

4                                        Respectfully submitted,

5

   DATED: September 10, 2020          By:   s/Stephanie Padilla
6                                            Stephanie Padilla,
                                             Attorney for Plaintiff
7

8

9
   DATED: September 10, 2020          By:   s/Bruce D. Praet
10                                           Bruce D. Praet,
                                             Attorney for Defendants
11

12

13                       [~~PROPOSED~~] ORDER

14       Having reviewed the parties' joint stipulation and request, IT IS SO

15   ORDERED that the deadline for Defendants to respond to the Plaintiff's

16   Complaint is extended to November 10, 2020, and the Scheduling Conference is

17   CONTINUED to December 17, 2020 at 8:30 a.m.

18   IT IS SO ORDERED.

19

20   Dated:   **September 10, 2020**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                        2
                STIPULATION AND [PROPOSED] ORDER EXTENDING
      DEADLINE FOR DEFENDANT'S TO FILE ANSWER AND CONTINUING DEADLINES