# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO SIMENTAL, JR., | ) | Case No.: 1:20-cv-00697 NONE JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 14) |
| RUBEN OZUNA, et al., | ) ) | |
| Defendants. | ) ) | |

The parties report they had come to terms of a conditional settlement. (Doc. 14) They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than December 11, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **November 10, 2020**              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE