UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:20-cv-00697 NONE JLT<br><br>ORDER RELATING CASES |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:20-cv-01085 NONE JLT |

The plaintiffs in these cases are defending a party, TRC Entities, in the underlying action proceeding in Kern County Superior Court. (Doc. 15 at 3) In these cases, the plaintiffs contend that the defendant has improperly refused to defend and indemnify TRC Entities in the underlying action. Id. Consequently, the Court's concludes the actions are related, as that term is defined in Local Rule 123. They involve overlapping questions of law or fact and are based on the same or similar claim. However, the cases are already assigned NONE and the same Magistrate Judge. Maintaining these

1

assignments preserves judicial resources. Relating these cases ensures that the cases proceed along the same schedule and would preserve the parties' resources because discovery can be coordinated. Thus, the Court **ORDERS** **t**he cases noted above **SHALL** be related.

IT IS SO ORDERED.

    Dated: **November 25, 2020**             **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE