Stephanie Padilla (SBN 321568)
spadilla@aclusocal.org
Adrienna Wong (SBN 282026)
awong@aclusocal.org
Jordan Wells (SBN 326491)
jwells@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SIMENTAL, JR., an individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>RUBEN OZUNA, in his individual capacity; MICHAEL STRAND, in his individual capacity; GUADALUPE CONTRERAS, in her individual capacity; and CITY of DELANO,<br><br>    *Defendants*. | CASE NO: 1:20-cv-00697-NONE-JLT<br><br>**[PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND ORDER CLOSING THE ACTION**<br>**(Doc. 18)** |

PROPOSED ORDER REGARDING JOINT STIPULATION AND REQUEST FOR DISMISSAL

# [~~PROPOSED~~] ORDER

The parties have settled their case and have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 18) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Nevertheless, the Court **ORDERS**:

1. Clerk of Court is DIRECTED to assign a district judge to this action and to close this action;

2. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated:   **December 12, 2020**             /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER REGARDING JOINT STIPULATION AND REQUEST FOR DISMISSAL